IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KIRELL TAYLOR                                                                  PLAINTIFF

v.                           Case No. 3:11-CV-03128

MIDNIGHT EXPRESS BOOKS; and
LINDA HUDDLESTON                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff Kirell Taylor's "Request for Production of Documents" (Doc. 21), which the Court construes as a request for a waiver of fees that would otherwise be due for the Court to copy or reproduce a document that Plaintiff electronically filed with the Court. Specifically, Taylor requests that the Court send him a copy of a 129-page manuscript (Docs. 16, 16-1, and 16-2) he filed in this case.

For reproduction of any record or paper, the Clerk of Court is required to collect from a party a fee of $0.50 per page. 28 U.S.C. § 1914(b); District Court Miscellaneous Fee Schedule (printed with 28 U.S.C. § 1914). Exemptions to the fee requirements should be granted as the exception, not the rule. 28 U.S.C. § 1914, Judicial Conference Policy Notes.

The Court finds that no fee exemption is warranted in this case. The Court is not a free copying service, but a judicial body. The Court notes that, depending on Taylor's circumstances, Taylor may be able to access the document electronically via a federal judiciary Internet site at a reduced cost. *See* Electronic Public Access fee schedule (printed with 28 U.S.C. § 1914).

For the above reasons, Plaintiff's Request (Doc. 21) is DENIED.

IT IS SO ORDERED this 7th day of February, 2013.

                                                                    */s/ P. K. Holmes, III*
                                                                       P.K. HOLMES, III
                                                                     CHIEF U.S. DISTRICT JUDGE