IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KIRELL TAYLOR                                                                                   PLAINTIFF

v.                                    Case No. 3:11-CV-03128

MIDNIGHT EXPRESS BOOKS; and
LINDA HUDDLESTON                                                                         DEFENDANTS

## ORDER

Before the Court is Plaintiff Kirell Taylor's Motion to Reopen Case (Doc. 24). Mr. Taylor requests that his *in forma pauperis* status be reinstated so that he can pursue claims that he is under imminent danger of serious physical injury due to the fact that he might be subject to a risk of contracting "Valley Fever" by virtue of being an African American imprisoned in the Central Valley of California.

Any claims that Mr. Taylor might have regarding a risk of contracting valley fever in California are wholly unrelated to his previously filed claims in the above-styled case. If Mr. Taylor believes he has meritorious claims unrelated to his previously-filed case in this Court, and not precluded by the three-strikes provision of 28 U.S.C. § 1915(g), he should file a new complaint in the appropriate court.

IT IS THEREFORE ORDERED that Mr. Taylor's Motion to Reopen (Doc. 24) is DENIED.

IT IS SO ORDERED this 9th day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE